UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELODI D. JONES,

    Plaintiff,

v.

GENERAL MOTORS, LLC.,

    Defendant.
_____/

Case No. 15-13988

District Judge Paul D. Borman

Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Plaintiff's motion to compel discovery [Doc. #32], in which she seeks to compel discovery to which Defendant has objected on the basis of attorney-client and work product privilege. Defendant provided Plaintiff with a privilege log, and has produced two volumes of material to this Court for *in camera* review.

On August 3, 2017, Defendant filed a motion for summary judgment, with 64 exhibits [Doc. #34], to which Plaintiff filed a response with 52 exhibits [Doc. #40]. Defendant then file a reply brief with 7 additional exhibits. On March 20, 2018, I filed a Report and Recommendation, recommending that the motion be granted with respect to Plaintiff's gender discrimination claim under Michigan's Elliot Larson Civil Rights Act ("ELCRA), but denied as to her retaliation claims under ELCRA and Title VII [Doc. #48]. The 14-day period for the parties to file objections has not passed, and if, on *de*

-1-

*novo* review, the Court were to grant the Defendant's motion for summary judgment in its entirety, the present motion to compel would be moot.

Accordingly, in the interests of judicial economy, Plaintiff's motion to compel [Doc. #32] is DENIED WITHOUT PREJUDICE. If any of Plaintiff's claims survive Defendant's motion for summary judgment, Plaintiff may renew this motion.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 22, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen